**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | |
|---|---|
| **CAROL J. "CJ" VINCENT** | **CIVIL ACTION NO.** |
| **v.** | |
| | **JUDGE JAMES DAVID CAIN** |
| **Ad Hoc JUDGE H. WARD FONTENOT,** **Sulphur City Court Clerk of Court BRANDI** **HANSON, Sulphur City Court Deputy Clerk** **of Court TABATHA SMITH, and Sulphur** **City Court Prosecutor BILLY LOFTIN** | **MAG. JUDGE THOMAS LEBLANC** |

## NOTICE OF REMOVAL

Defendants, Ad Hoc JUDGE H. WARD FONTENOT, Sulphur City Court Clerk of Court BRANDI HANSON, Sulphur City Court Deputy Clerk of Court TABATHA SMITH, and Sulphur City Court Prosecutor BILLY LOFTIN with a full reservation of rights, defenses, objections, and exceptions, hereby removes the above captioned civil action bearing the number 2025-1963 filed in the 14th Judicial District Court, Parish of Calcasieu, State of Louisiana pursuant to 28 U.S.C. §1331, 1441, and 1446.

### I.     BACKGROUND

On May 8, 2025, Plaintiff Carol James Vincent ("Plaintiff" or "Vincent") filed a Complaint and Motion for Temporary Restraining Order/Preliminary Injunction in the 14th Judicial District Court for the Parish of Calcasieu, State of Louisiana, Docket No. C-2025-1963 wherein he raised 42 USC §1983 claims for constitutional violations of his due process rights under the 5th and 14th Amendment, Civil Conspiracy, Breach of Fiduciary Duty, Intentional Infliction of Emotional Distress, and Negligent Infliction of Emotional Distress seeking injunctive relief and compensatory, punitive, exemplary, and actual damages against the named Defendants. *See* <u>Exhibit</u>

1

<u>A,</u> *State Court Record: Plaintiff's Complaint and Motion for TRO/Preliminary Injunction with all attached Exhibits*.

On May 20, 2025, 14th JDC Div. G Judge Canaday signed and filed a Motion and Order of Recusal into the record. On June 11, 2025 the 14th JDC Judges of Div. A-F, H, and J joined and filed a Motion and Order of Recusal requesting the case be reassigned to an ad hoc Judge. *See* <u>Exhibit A</u>, *State Court Record: Motion and Order of Recusal of Judge Canaday and the Joint Motion and Order of Recusal from 14th JDC Judges.*

## II.    REMOVAL PREREQUISITES

Under 28 U.S.C. § 1441(a), "any civil action brought in a State court of which the district courts have original jurisdiction, may be removed by the defendant or defendants, to the district court of the United States for the district and division embracing the place where such action is pending." The claims asserted by Plaintiff are subject to this court's jurisdiction and this case satisfies all prerequisites of removal, therefore removal is warranted.

### A.    Venue

This court is the proper venue for removal pursuant to 28 U.S.C. §§ 1441 and 98(a) as it is the district court of the United States for the District and Division within which the State Court Petition is pending in Calcasieu Parish.

### B.    State Court Record

A copy of all process, pleadings, and orders in this action filed and available in the state court record is attached as Exhibit 1 pursuant to 28 U.S.C. § 1446(a)

### C.    Timeliness

Defendant, Sulphur City Court Prosecutor, Billy Loftin was served in open court on July 9, 2025. This Notice of Removal is timely pursuant to 28 U.S.C. § 1446(b) and Rule 6 of the Federal

Rules of Civil Procedure as it was filed within thirty (30) days after Defendant, Billy Loftin was first served with a copy of the initial pleading setting forth the claim for relief upon which this action is based and within one (1) year after the commencement of this action.

**D.     Consent**

All Defendants who have been properly served are represented by undersigned counsel and consent to this filing.

**E.     Service**

Undersigned counsel certifies that, promptly after the filing of this Notice of Removal, copies of the Notice will be served on Plaintiff and filed with the Clerk of Court of the 14th Judicial District Court for the Parish of Calcasieu, State of Louisiana, to effect the removal of the state court action pursuant to 28 U.S.C. § 1446(d). A copy of said notice is attached hereto as Exhibit B.

### III.     GROUNDS FOR REMOVAL

**A. Plaintiff's claims arise under 42 USC § 1983 based on alleged due process violations under the 5th and 14th Amendments which present a Federal Question under 28 USC § 1331.**

Federal District Courts have jurisdiction over "cases in which a well-pleaded complaint establishes either that federal law creates the cause of action or that the plaintiff's right to relief necessarily depends on resolution of a substantial question of federal law ... in that federal law is a necessary element of one of the well-pleaded ... claims." *Nuby Asia Pac. Ltd. v. New Valmar BV*, No. CV 3:24-00468, 2024 WL 2279848, at *3 (W.D. La. May 3, 2024), report and recommendation adopted, No. CV 3:24-00468, 2024 WL 2279186 (W.D. La. May 20, 2024).

As seen in the Complaint of Plaintiff, the legal basis of the allegations against all Defendants is 42 USC § 1983 and alleged due process violations of his 5th and 14th Amendments rights, which clearly presents a Federal Question under 28 USC § 1331.

## IV.   CONCLUSION

Based on the foregoing, Defendants respectfully remove to this Court Docket No. 2025-1963 filed in the 14th Judicial District Court, Parish of Calcasieu, State of Louisiana, and respectfully requests that this Court exercises its jurisdiction over this action in accordance with Federal Law.

RESPECTFULLY SUBMITTED:


/s/      *Wesley A. Romero*
DAVID P. BRUCHHAUS (#24326)
WESLEY A. ROMERO (#33344)
LENZI C. HEBERT (#38544)
**MUDD, BRUCHHAUS & KEATING, LLC**
517 W. College Street
Lake Charles, LA 70605
Telephone: (337) 562-2327
Facsimile: (337) 562-2391
Email: dbruchhaus@mbklaw.net
       wromero@mbklaw.net
       lhebert@mbklaw.net
***Counsel for Defendants***

### CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of July, 2025, a copy of the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system. Additionally, a copy of this Notice was emailed (vncntcj@yahoo.com) and mailed to Plaintiff via US Mail with

4

postage prepaid and properly addressed to CAROL J. "CJ" VINCENT at 435 Logan Street, Sulphur, LA 70664.

/s/   *Wesley A. Romero*
WESLEY A. ROMERO